IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation, | ) ) ) ) | CV 14-00504 ACK-BMK |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| FRANKLIN SOUZA; EVELYN SOUZA, | ) ) ) | |
| Defendant(s). | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 15, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Granting Plaintiff State Farm Fire and Casualty Company's Motion for Default Judgment or, in the Alternative, for Summary Judgment Against Defendants Franklin Souza and Evelyn Souza" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 4, 2015



Alan C. Kay
Senior United States District Judge

State Farm Fire & Casualty Co. v. Souza et al., Civ. No. 14-00504 ACK BMK, Order Adopting Magistrate Judge's Findings and Recommendation